R. Sam Hopkins, Chapter 7 Trustee
ECF email: ID07@ecfcbis.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | ) |
| | ) |
| **ESTAY, PEDRO SERGIO** | ) Case No: 11-40208-JDP |
| | ) |
| **ESTAY, ANN PARSONS** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |
| | ) |

**WITHDRAWAL OF TRUSTEES OBJECTION TO CLAIM OF EXEMPTION**

Trustee of the above-entitled case states the following:

1. The Trustee has filed an Objection to Debtor's Claim of Exemption.

2. The Debtor, who has claimed an exemption, has filed an amended claim of exemption and or supporting documents.

3. Therefore, the trustee withdraws his Objection to Debtor's Claim of Exemption.

Dated this Saturday, June 04, 2011

/s/ R. Sam Hopkins
R. Sam Hopkins, Trustee

CERTIFICATE OF SERVICE

I hereby certify that on Saturday, June 04, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) listed below.

Pedro and Ann Estay, 1112 Ski Hill Road, Driggs, ID 83422
R. Fred Cooper, ECF

/s/ Jessica Jackman
Jessica Jackman, Case Administrator