IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | Case No. 11-40208-JDP |
| ) | |
| PEDRO SERGIO ESTAY and ) | Chapter 7 |
| ANN PARSONS ESTAY, ) | |
| ) | |
| Debtors. ) | |

**STIPULATED JUDGMENT REVOKING DISCHARGE OF DEBTS**

THIS MATTER came before the Court on stipulation herein between the above named Debtor, Ann Parsons Estay, and the Chapter 7 Trustee, R. Sam Hopkins, by and through their counsel of record (Docket #49), and the Debtor agreeing to a revocation of the discharge of debts in this case, and for good cause shown;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

The Debtor waives the discharge of debts in this case and the discharge of debts of Ann Parsons Estay, entered on July 15, 2011, Docket #37, is hereby revoked.

//end of text//

Dated: January 12, 2012

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by: Jim Spinner
Attorney for R. Sam Hopkins, Trustee

Read and Approved:

  /s/
R. Fred Cooper
Attorney for Debtor

  /s/
Ann Parsons Estay
Debtor

**STIPULATED JUDGMENT REVOKING DISCHARGE OF DEBTS -- PAGE 2**