IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 11-40208-JDP |
|---|---|---|
|  | ) |  |
| PEDRO SERGIO ESTAY and | ) | Chapter 7 |
| ANN PARSONS ESTAY, | ) |  |
|  | ) |  |
| Debtors. | ) |  |

**STIPULATED JUDGMENT REVOKING DISCHARGE OF DEBTS**

THIS MATTER came before the Court on stipulation herein between the above named Debtor, Ann Parsons Estay, and the Chapter 7 Trustee, R. Sam Hopkins, by and through their counsel of record (Docket #49), and the Debtor agreeing to a revocation of the discharge of debts in this case, and for good cause shown;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

The Debtor waives the discharge of debts in this case and the discharge of debts of Ann Parsons Estay, entered on July 15, 2011, Docket #37, is hereby revoked.

//end of text//

Dated:  January 12, 2012

Honorable Jim D. Pappas
United States Bankruptcy Judge

**STIPULATED JUDGMENT REVOKING DISCHARGE OF DEBTS -- PAGE 1**

Submitted by: Jim Spinner
Attorney for R. Sam Hopkins, Trustee

Read and Approved:

　/s/
R. Fred Cooper
Attorney for Debtor

　/s/
Ann Parsons Estay
Debtor

**STIPULATED JUDGMENT REVOKING DISCHARGE OF DEBTS -- PAGE 2**

```
                          United States Bankruptcy Court
                                 District of Idaho
In re:                                                        Case No. 11-40208-JDP
Pedro Sergio Estay                                            Chapter 7
Ann Parsons Estay
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0976-4          User: dhoyle              Page 1 of 2              Date Rcvd: Jan 12, 2012
                              Form ID: pdf055           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2012.
jdb           #+Ann Parsons Estay,    1112 Ski Hill Road,    Driggs, ID 83422-4870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2012**                            **Signature:**    _Joseph Speetjens_

```
District/off: 0976-4          User: dhoyle              Page 2 of 2              Date Rcvd: Jan 12, 2012
                              Form ID: pdf055           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2012 at the address(es) listed below:
              James A Spinner    on behalf of Trustee R Hopkins spinjim@cableone.net
              Mary P Kimmel    on behalf of U.S. Trustee  US Trustee ustp.region18.bs.ecf@usdoj.gov
              R Fred Cooper    on behalf of Debtor Pedro Estay rfclaw@ida.net,    rfredcooperlaw@gmail.com
              R Sam Hopkins     awilliams@qwestoffice.net,    shopkins@ecf.epiqsystems.com
              Sheila Rae Schwager    on behalf of Creditor  BMW Bank of North America sschwager@hawleytroxell.com
              US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 6