Jim Spinner, Esquire
**SERVICE & SPINNER**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
E-mail: spinjim@cableone.net
Idaho State Bar No. 3417

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 11-40208-JDP |
|---|---|---|
|  | ) |  |
| PEDRO SERGIO ESTAY and | ) | Chapter 7 |
| ANN PARSONS ESTAY, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**MOTION FOR TURNOVER OF PROPERTY AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, Jim Spinner, attorney for R. Sam Hopkins, Chapter 7 Trustee, in the above-entitled matter and moves this Court pursuant to 11 U.S.C. §543 and 541(4), for an order directing ExxonMobile Corporation to surrender the following property, to-wit:

> All gas and oil revenue/royalties due to Pedro Estay and Ann Parsons Estay, including, but not limited to, revenue from accounts BA#02071401, BA#02074501, #0J25075802 and #0J25075803.

The Trustee makes said motion upon the grounds and for the reason that the funds are property of the bankruptcy estate and ExxonMobile Corporation is the obligor/custodian of the same and has failed to turn over said funds to the Trustee. Said property is property of the bankruptcy estate and should be surrendered to the Trustee. You are hereby notified that the Trustee has requested an Order compelling the turnover of the property or recorded information listed in the above motion.

**DATED**: March 27, 2012.

        /s/
Jim Spinner
Attorney for the Trustee

Document    Page 3 of 3

## CERTIFICATE OF MAILING

    **I HEREBY CERTIFY** on March 27, 2012, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[x] ECF Notice<br>[ ] Facsimile |
| R. Fred Cooper<br>rfclaw@ida.net | [ ] U.S. Mail, postage prepaid<br>[x] ECF Notice<br>[ ] Facsimile |
| Ann Parsons Estay<br>1112 Ski Hill Road<br>Driggs, ID 83422 | [x] U.S. Mail, postage prepaid<br>[ ] ECF Notice<br>[ ] Facsimile |
| ExxonMobile Corporation<br>PO Box 2024<br>Houston, TX 77252-2024 | [x] U.S. Mail, postage prepaid<br>[ ] ECF Notice<br>[ ] Facsimile |
| ExxonMobile Corporation<br>NAPCOPSJl@ExxonMobil.com | [ ] U.S. Mail, postage prepaid<br>[ ] ECF Notice<br>[x] Email |

                                    By: /s/_____
                                              Jim Spinner

AND OPPORTUNITY TO OBJECT AND FOR A HEARING**    **3**