Jim Spinner, Esquire
**SERVICE & SPINNER**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
E-mail: spinjim@cableone.net
Idaho State Bar No. 3417

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 11-40208-JDP |
| | ) | |
| PEDRO SERGIO ESTAY and | ) | Chapter 7 |
| ANN PARSONS ESTAY | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## TRUSTEE'S WITHDRAWAL OF MOTION FOR
## TURNOVER OF PROPERTY AND RECORDS

**COMES NOW** the Chapter 7 Trustee, R. Sam Hopkins, by and through counsel, and hereby

withdraws his Motion for Turnover of Property and Records (docket #54), without prejudice, as it

appears the matter may be resolved.

**DATED** May 2 , 2012.

SERVICE & SPINNER
Attorneys for R. Sam Hopkins


By: /s/ _____
        Jim Spinner

TRUSTEE'S WITHDRAWAL OF MOTION - PAGE 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on May 2, 2012, I served a true and correct copy of the foregoing document as follows:

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

[ ] U.S. Mail, postage prepaid
[ ] Hand Delivery
[x] ECF Notice

R. Fred Cooper
rfclaw@ida.net

[ ] U.S. Mail, postage prepaid
[ ] Hand Delivery
[x] ECF Notice

Ann Parsons Estay
1112 Ski Hill Road
Driggs, ID 83422

[x] U.S. Mail, postage prepaid
[ ] Hand Delivery
[ ] ECF Notice

ExxonMobile Corporation
PO Box 2024
Houston, TX 77252-2024

[x] U.S. Mail, postage prepaid
[ ] Hand Delivery
[ ] ECF Notice

ExxonMobile Corporation
NAPCOPSJl@ExxonMobil.com

[ ] U.S. Mail, postage prepaid
[ ] Hand Delivery
[x] Email

By: /s/ _____
Jim Spinner

**TRUSTEE'S WITHDRAWAL OF MOTION - PAGE 2**