UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| ESTAY, PEDRO SERGIO ) | Case No. 11-40208-JDP |
| ) | |
| ESTAY, ANN PARSONS ) | Chapter 7 |
|    Debtors. ) | |
| _____) | |

**ORDER APPROVING SALE BY TRUSTEE**

THIS MATTER having come before the Court on Notice of Sale by Trustee dated and filed on the 06th day of November, 2012, with due notice being given to all parties in interest, and no objection having been filed within the statutory time provided, and for other good cause shown;

IT IS HEREBY ORDERED THAT the sale by R. Sam Hopkins, Trustee in the above-named bankruptcy proceedings of the bankruptcy estate's interest in the following property described as:

    In the county of Washakie County, WY, royalty interest administered by Enduro Resource Partners.

    Royalty interest in Elk Basin Unit Wells in Carbon County, MT, and Park County, WY, administered by Encore Energy Partners Operating, LLC, and Exxon Mobil Corporation.

    (See attached descriptions.)

Is hereby approved under the terms and conditions set forth in said Notice of Sale by Trustee, and said sale shall be free and clear of all liens and claims against the above-named Debtors with any and all valid liens and claims to attach to the bankruptcy estate's share of the net proceeds of sale when paid over to the Trustee.  //end of text//

Dated:  January 3, 2013

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by R. Sam Hopkins, Trustee