UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

PEDRO SERGIO ESTAY and          )
ANN PARSONS ESTAY,              )          BK Case No. 11-40208-JDP
                                )                  Ch. 7
                                )
            Debtors.            )
_____)

**ORDER GRANTING MOTION TO COMPEL ABANDONMENT**

This matter came on for hearing on the Motion of Peter J. Estay, Personal Representative of the Estate of Pedro Sergio Estay, to compel the Chapter 7 Trustee to Abandon the Bankruptcy Estate's interest in certain residential real property, specifically, Lot 19, Aspen Meadows Subdivision, Teton County Idaho, commonly known as 1112 Ski Hill Road, Driggs Idaho (as listed in Schedules A and C of Debtors' schedules).

No objections to the Motion were received or heard.

For good cause, the Motion of Peter J. Estay, Personal Representative of the Estate of Pedro Sergio Estay, to Compel Abandonment of Property, as described herein above, pursuant to 11 USC 554(b), is hereby GRANTED. //end of text//

Dated: August 27, 2014

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge


Approved:

  /s/_____
R. Sam Hopkins, Trustee

Submitted by Peter J. Estay